**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:**   09-cv-02180-WDM-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:**   February 4, 2010 | **Courtroom Deputy:**   Linda Kahoe |

B&M CONSTRUCTION, INC.,            Michael Jon Ogborn

    Plaintiff,

v.

TORIX GENERAL CONTRACTORS, LLC,            *No appearance*

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        10:01 a.m.**
Court calls case.  Appearance of counsel.  No appearance for Defendant.

Discussion regarding the status of the case.  The court notes the 120 deadline for service and that the record does not show Defendant has been served.

Discussion regarding the Unopposed Motion to Stay Proceedings in Favor of Arbitration, doc #[13], filed 2/1/2010.

The court suggests that Mr. Ogborn serve the Defendant and re-file the motion to stay.

**ORDERED**:   Unopposed Motion to Stay Proceedings in Favor of Arbitration, doc #[13] is **DENIED WITHOUT PREJUDICE.**

HEARING CONCLUDED.
**Court in recess:        10:06 a.m.**
Total time in court:     00:05

## POST RECESS ORDER

**ORDERED**:   A Status Conference is set for **MARCH 10, 2010 at 9:00 a.m.**

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.