IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-02180-WDM-CBS

B&M CONSTRUCTION, INC.,

    Plaintiff,

v.

TORIX GENERAL CONTRACTORS, LLC,

    Defendants.
_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

    In accordance with the Stipulated Motion for Administrative Closure (ECF No. 27) this case is administratively closed in accordance with D.C.COLO.LCivR 41.2, subject to reopening for good cause.  If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before November 8, 2011, this case shall be automatically dismissed without prejudice.

    DATED at Denver, Colorado, on November 8, 2010.

                                                                                BY THE COURT:

                                                                                s/ Walker D. Miller
                                                                                United States District Judge

PDF FINAL